IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANNA M. BJORNSDOTTER, on behalf of herself and others similarly situated**,

    Plaintiff,

v.

**SUTTELL & HAMMER, P.S., and PATRICK LAYMAN,**

    Defendants.

Civ. No. 6:18-cv-2079-MC

JUDGMENT

**MCSHANE, Judge**:

    Based on the record, judgment for Defendants.

IT IS SO ORDERED.

    DATED this 4th day of March, 2020.

                             /s/ Michael J. McShane
                                Michael McShane
                          United States District Judge